(Attorney Information Listed on Next Page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO PADILLA and CASMER HARMON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNG'S MARKET COMPANY, LLC.,<br><br>Defendant. | Case No.  2:09-CV-8730 DMG (RCx)<br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING STIPULATION OF CLASS ACTION SETTLEMENT**<br><br>Judge:  Hon. Dolly M. Gee |

LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA 92614
949 705 3000

Firmwide:99656873.2 048683.1021

1.

STIPULATION AND [PROPOSED] ORDER AMENDING STIPULATION OF CLASS ACTION SETTLEMENT

1  CRAIG J. ACKERMAN, Bar No. 229832
2  CHARLIE STEIN, Bar No. 265361
   ACKERMANN & TILAJEF, P.C.
3  1180 South Beverly Drive, Suite 610
4  Los Angeles, CA 90035
   Phone:    310.277.0614
5  Fax:      310.277.0635
   E-mail:  cja@laborgators.com
6          cstein@laborgators.com

7  Attorneys for Plaintiffs GONZALO PADILLA,
   CASMER HARMON and the PUTATIVE CLASS
8

9  MELISSA HARNETT, Bar No. 164309
10 JESSE B. LEVIN, Bar No. 268047
   WASSERMAN COMDEN CASSELMAN, LLP
11 5567 Reseda Blvd., Suite 330
12 Post Office Box 7033
   Tarzana, CA 91357-7033
13 Phone:    818.705.6800
14 Fax:      818.345.0162
   E-mail:  mharnett@wccelaw.com
15          jlevin@wccelaw.com

16 Attorneys for Plaintiffs GONZALO PADILLA,
   CASMER HARMON and the PUTATIVE CLASS
17

18 FERMIN H. LLAGUNO, Bar No. 185222
   JAMES E. HART, Bar No. 194168
19 LITTLER MENDELSON
   A Professional Corporation
20 2050 Main Street, Suite 900
   Irvine, CA 92614
21 Phone:    949.705.3000
   Fax:      949.724.1201
22 E-mail:  fllaguno@littler.com
           jhart@littler.com
23
   Attorneys for Defendant
24 YOUNG'S MARKET COMPANY, LLC

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949 705 3000

Firmwide:99656873.2 048683.1021

2.

STIPULATION AND [PROPOSED] ORDER
AMENDING STIPULATION OF CLASS ACTION
SETTLEMENT

This Stipulation to amend the Stipulation of Class Action Settlement ("Settlement Agreement") is made and entered into by Plaintiff CASMER HARMON ("Plaintiff Harmon") and Defendant YOUNG'S MARKET COMPANY, LLC ("Defendant") through their respective counsel of record, Craig J. Ackermann of ACKERMANN & TILAJEF, P.C. and Melissa M. Harnett of WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P. for Plaintiffs ("Class Counsel") and Fermin H. Llaguno and James E. Hart of LITTLER MENDELSON, a Professional Corporation for Defendant ("Defense Counsel").  Plaintiff GONZALO PADILLA ("Plaintiff Padilla") is not a party to this Stipulation because, despite weeks of repeated good faith attempts by Class Counsel to contact Plaintiff Padilla regarding this Stipulation and to obtain his approval as to same, Plaintiff Padilla has not replied to any of these communication efforts by Class Counsel. (*See* Declaration of Craig J. Ackermann in Support of Stipulation and [Proposed] Order Amending the Stipulation of Class Action Settlement, ¶¶ 3, 5-13.)

After final approval by the Court of the Settlement Agreement, additional drivers, who worked for Defendant in California and were not sent the Notice (as defined in section 35 of the Settlement Agreement), contacted Class Counsel believing that they were entitled to participate in the settlement between Plaintiffs and Defendant (the "Additional Drivers").  Defendant and the Additional Drivers are settling the Covered Claims (as defined at section 19 of the Settlement Agreement) as to each Additional Driver individually in keeping with the same terms and conditions of settlement as approved by the Court in this action.

Based on information from the Claims Administrator (as defined at section 23.d. of the Settlement Agreement), Class Counsel and Defense Counsel determined that each class member has received the gross amount of $3.97 per shift under the terms of the Settlement Agreement.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Firmwide:99656873.2 048683.1021

3.

STIPULATION AND [PROPOSED] ORDER AMENDING STIPULATION OF CLASS ACTION SETTLEMENT

For purposes of settling the Covered Claims raised by the Additional Drivers, Class Counsel and Defense Counsel have negotiated and agreed to the following amendment to the terms of the Settlement Agreement:

**NOW, THEREFORE, IT IS HEREBY STIPULATED** that all funds remaining in the Settlement Fund, including any funds resulting from un-cashed settlement checks, which were otherwise to be paid to Mothers Against Drunk Driving pursuant to section 23.g. of the Settlement Agreement shall instead revert to Defendant to cover any individual settlement agreements reached by Defendant, on the one hand, and any Additional Driver, on the other hand. These Additional Drivers will be paid a settlement amount based on the same rate per shift as was paid pursuant to the Settlement Agreement—*i.e.*, the gross amount of $3.97 per shift.

It is further stipulated that any individual settlement agreement between Defendant and any Additional Driver are expressly conditioned upon the Court's written approval of the above-mentioned amendment to the Settlement Agreement regarding the reversion of funds to Defendant.

No other terms of the Settlement Agreement shall be altered in any way by the terms of this Stipulation.

**IT IS SO STIPULATED:**

Dated: _____, 2011

_____
CASMER HARMON, Plaintiff on behalf of himself and all others similarly situated

Dated: _____, 2011    Respectfully submitted,

_____
DONALD M. ROBBINS
for Defendant
YOUNG'S MARKET COMPANY, LLC

**(SIGNATURES CONTINUED ON NEXT PAGE)**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Firmwide:99656873.2 048683.1021

4.

STIPULATION AND [PROPOSED] ORDER AMENDING STIPULATION OF CLASS ACTION SETTLEMENT

1  For purposes of settling the Covered Claims raised by the Additional Drivers,
2  Class Counsel and Defense Counsel have negotiated and agreed to the following
3  amendment to the terms of the Settlement Agreement:
4  **NOW, THEREFORE, IT IS HEREBY STIPULATED** that all funds
5  remaining in the Settlement Fund, including any funds resulting from un-cashed
6  settlement checks, which were otherwise to be paid to Mothers Against Drunk
7  Driving pursuant to section 23.g. of the Settlement Agreement shall instead revert to
8  Defendant to cover any individual settlement agreements reached by Defendant, on
9  the one hand, and any Additional Driver, on the other hand. These Additional
10 Drivers will be paid a settlement amount based on the same rate per shift as was paid
11 pursuant to the Settlement Agreement – i.e., the gross amount of $3.97 per shift.
12 It is further stipulated that any individual settlement agreement between
13 Defendant and any Additional Driver are expressly conditioned upon the Court's
14 written approval of the above-mentioned amendment to the Settlement Agreement
15 regarding the reversion of funds to Defendant.
16 No other terms of the Settlement Agreement shall be altered in any way by the
17 terms of this Stipulation.
18 **IT IS SO STIPULATED:**
19 Dated: 2-2, 2011
20
21 CASMER HARMON, Plaintiff on behalf of
    himself and all others similarly situated
22 Dated: 2-2, 2011   Respectfully submitted,
23
24
25   DONALD M. ROBBINS
26   for Defendant
     YOUNG'S MARKET COMPANY, LLC
27
28   **(SIGNATURES CONTINUED ON NEXT PAGE)**

4.   STIPULATION AND [PROPOSED] ORDER
     AMENDING STIPULATION OF CLASS ACTION
     SETTLEMENT

1     For purposes of settling the Covered Claims raised by the Additional Drivers, Class Counsel and Defense Counsel have negotiated and agreed to the following amendment to the terms of the Settlement Agreement:

    **NOW, THEREFORE, IT IS HEREBY STIPULATED** that all funds remaining in the Settlement Fund, including any funds resulting from un-cashed settlement checks, which were otherwise to be paid to Mothers Against Drunk Driving pursuant to section 23.g. of the Settlement Agreement shall instead revert to Defendant to cover any individual settlement agreements reached by Defendant, on the one hand, and any Additional Driver, on the other hand. These Additional Drivers will be paid a settlement amount based on the same rate per shift as was paid pursuant to the Settlement Agreement—*i.e.*, the gross amount of $3.97 per shift.

    It is further stipulated that any individual settlement agreement between Defendant and any Additional Driver are expressly conditioned upon the Court's written approval of the above-mentioned amendment to the Settlement Agreement regarding the reversion of funds to Defendant.

    No other terms of the Settlement Agreement shall be altered in any way by the terms of this Stipulation.

    **IT IS SO STIPULATED:**

Dated: _____, 2011

    CASMER HARMON, Plaintiff on behalf of himself and all others similarly situated

Dated: _2-26_, 2011    Respectfully submitted,

    */s/ Donald M. Robbins*
    DONALD M. ROBBINS
    for Defendant
    YOUNG'S MARKET COMPANY, LLC

**(SIGNATURES CONTINUED ON NEXT PAGE)**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Firmwide:99656873.2 048683.1021

4.

STIPULATION AND [PROPOSED] ORDER AMENDING STIPULATION OF CLASS ACTION SETTLEMENT

1  Dated: *Jan 26*, 2011      Respectfully submitted,

2

3

4                              _____
                               JAMES E. HART
5                              FERMIN LLAGUNO
                               LITTLER MENDELSON
6                              A Professional Corporation
                               Attorneys for Defendant
7                              YOUNG'S MARKET COMPANY, LLC

8  Dated: _____, 2011

9

10                             _____
                               MELISSA M. HARNETT
11                             WASSERMAN, COMDEN, CASSELMAN
                               & ESENSTEN, L.L.P.,
12                             Attorneys for Plaintiffs GONZALO PADILLA,
                               CASMER HARMON and the PUTATIVE CLASS

13  Dated: _____, 2011

14

15                             _____
                               CRAIG J. ACKERMANN
16                             ACKERMANN & TILAJEF, P.C.
                               Attorneys for Plaintiffs GONZALO PADILLA,
17                             CASMER HARMON and the PUTATIVE CLASS

18

19     **IT IS SO ORDERED.**

20
    Dated: _____
21

22
                               _____
23                             DOLLY M. GEE
                               UNITED STATES DISTRICT JUDGE

5.  STIPULATION AND [PROPOSED] ORDER AMENDING STIPULATION OF CLASS ACTION SETTLEMENT

LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Firmwide:99656873.2 048683.1021

Dated: _____, 2011    Respectfully submitted,

JAMES E. HART
FERMIN LLAGUNO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
YOUNG'S MARKET COMPANY, LLC

Dated: Feb 3, 2011

MELISSA M. HARNETT
WASSERMAN, COMDEN, CASSELMAN
& ESENSTEN, L.L.P.,
Attorneys for Plaintiffs GONZALO PADILLA,
CASMER HARMON and the PUTATIVE CLASS

Dated: _____, 2011

CRAIG J. ACKERMANN
ACKERMANN & TILAJEF, P.C.
Attorneys for Plaintiffs GONZALO PADILLA,
CASMER HARMON and the PUTATIVE CLASS

**IT IS SO ORDERED.**

Dated: _____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dated: _____, 2011 | Respectfully submitted, |

<br>

JAMES E. HART
FERMIN LLAGUNO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
YOUNG'S MARKET COMPANY, LLC

Dated: _____, 2011

MELISSA M. HARNETT
WASSERMAN, COMDEN, CASSELMAN
& ESENSTEN, L.L.P.,
Attorneys for Plaintiffs GONZALO PADILLA,
CASMER HARMON and the PUTATIVE CLASS

Dated:  1/21 , 2011

CRAIG J. ACKERMANN
ACKERMANN & TILAJEF, P.C.
Attorneys for Plaintiffs GONZALO PADILLA,
CASMER HARMON and the PUTATIVE CLASS

**IT IS SO ORDERED.**

Dated: _____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE