CRAIG ACKERMANN (Bar No. 229832)
 cja@laborgators.com
RACHELLE E. TSAROVSKY (Bar No. 248032)
 rachelle@laborgators.com
TATIANA HERNANDEZ (Bar No. 255322)
 tatiana@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 S. Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

MELISSA M. HARNETT (Bar No. 164309)
 mharnett@wccelaw.com
JESSE B. LEVIN (Bar No. 268047)
 jlevin@wccelaw.com
WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile: (818) 996-8266

Attorneys for Plaintiffs Gonzalo Padilla,
Casmer Harmon and the Settlement Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO PADILLA and CASMER HARMON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YOUNG'S MARKET COMPANY, LLC.,<br><br>Defendant. | CASE NO. CV 2:09-8730 DMG (RCx)<br><br>**DECLARATION OF CRAIG J. ACKERMANN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER AMENDING THE STIPULATION OF CLASS ACTION SETTLEMENT**<br><br>Courtroom: 7<br>Judge: Honorable Dolly Gee |

1. I am an attorney licensed, authorized and admitted to practice law before this Court and the federal and state courts of the State of California and the State of Texas. I am the founding shareholder in the law firm of Ackermann & Tilajef, P.C., co-counsel of record for Gonzalo Padilla ("Mr. Padilla and Casmer Harmon ("Mr. Harmon") (collectively "Plaintiffs" or "Class Representatives") and the settlement class in the case herein.

2. I am over 18 years of age. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them.

3. On December 22, 2010, Rosie Salinas, ("Ms. Salinas") legal assistant at Ackermann & Tilajef, P.C., contacted Mr. Padilla at his home and spoke to his wife Ms. Ana Padilla. Ms. Salinas explained to Ms. Padilla that we needed to speak to Mr. Padilla as soon as possible regarding an amendment to the stipulation agreement in the Young's market case. On this same day, Ms. Salinas sent via email a copy of the Stipulation and [Proposed] Order amending the Stipulation of Class Action Settlement ("Stipulation"), filed herewith, for Mr. Padilla's review and signature. A true and correct copy of the email sent to Mr. Padilla is attached hereto as Exhibit A.

4. On December 22, 2010, Ms. Salinas also sent the Stipulation for signature to Mr. Harmon, which he reviewed and signed.

5. On December 23, 2010, Ms. Salinas called Mr. Padilla at home and on his cell phone to confirm he had received the Stipulation. She left messages on both numbers.

6. On or around December 29 and 30, 2010, Ms. Salinas contacted Mr. Padilla at home and on his cell phone, however, no one answered. She left messages on both numbers.

7. Between January 3 and January 7, 2011, Ms. Salinas called Mr. Padilla at least once a day and left him messages on his home and cell phone numbers insisting that he contact our office as soon as possible.

8. On or around January 6, 2011, I contacted Mr. Padilla and left him messages on his cell phone and home numbers. My associate, Tatiana Hernandez, Esq., also contacted Mr. Padilla several times to no avail.

9. Also, on January 7, 2011, Ms. Salinas contacted Mr. Harmon and requested that he attempt to contact Mr. Padilla since he was not returning our messages. Mr. Harmon called Mr. Padilla several times through his day, but Mr. Padilla did not return his calls either.

10. From January 10 through 14, 2011, Ms. Salinas called Mr. Padilla several times, but he never returned her calls. Additionally, Tatiana Hernandez and Akiva Feinstein, law clerk at Ackermann & Tilajef, P.C., contacted several

class members who had previously provided witness statements and asked them to speak to Mr. Padilla and have him contact our office.

11. On or around January 12, 2011, Ms. Salinas spoke to Ana Padilla. She told Ms. Salinas that she had been giving Mr. Padilla our messages. Nevertheless, as of today, Mr. Padilla has not contacted our office.

12. On January 19, 2011, I spoke to class member Ron Grisco who informed us that he believes Mr. Padilla has received all of our messages to contact our office regarding the Stipulation.

13. As shown above, despite our several efforts to contact Mr. Padilla, he has failed to respond. Accordingly, the parties have agreed under these circumstances, particularly when 35 additional drivers/class members will be prejudiced by a continuous delay, that it would make sense to request the Court to authorize the parties to proceed with the implementation of the Stipulation without Mr. Padilla's signature.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 19 day of January, 2011.

Craig Ackermann, Esq.

## Rosie Salinas

| | |
|---|---|
| **From:** | Rosie Salinas |
| **Sent:** | Wednesday, December 22, 2010 4:53 PM |
| **To:** | ' (gpadilla24@msn.com)' |
| **Subject:** | RE: Young's Market Case |
| **Attachments:** | Stip Amending Settlement Agreement.pdf |

Gonzalo,

I have attached the stipulation to amend the settlement agreement. Please call our office anytime to speak to Tatiana or Craig and they can explain what this is regarding in further detail. Please sign above your name on page 4 and return by fax (310) 277-0635. No fax cover sheet is necessary because faxes are sent directly to my email.

Thank you,


Rosie L. Salinas
Ackermann & Tilajef, APC
1180 South Beverly Drive, Suite 610
Los Angeles, CA  90035
Telephone (310) 277-0614  Facsimile (310) 277-0635
www.laborgators.com


**From:** Rosie Salinas [mailto:rosie@laborgators.com]
**Sent:** Wednesday, December 22, 2010 2:41 PM
**To:** ' (gpadilla24@msn.com)'
**Subject:** Young's Market Case

Mr. Padilla,

Can you please call our office and ask to speak with Craig or Tatiana, (310) 277-0614. It is regarding a settlement agreement.

Thank you,


Rosie L. Salinas
Ackermann & Tilajef, APC
1180 South Beverly Drive, Suite 610
Los Angeles, CA  90035
Telephone (310) 277-0614  Facsimile (310) 277-0635
www.laborgators.com

# EXHIBIT A

1