UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO PADILLA and CASMER HARMON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNG'S MARKET COMPANY, LLC.,<br><br>Defendant. | Case No. 2:09-CV-8730 DMG (RCx)<br>**CLASS ACTION**<br><br>**ORDER AMENDING STIPULATION OF CLASS ACTION SETTLEMENT**<br>[55] |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Firmwide:100165101.1 048683.1021

1.

[PROPOSED] ORDER AMENDING STIPULATION OF CLASS ACTION SETTLEMENT

Plaintiff CASMER HARMON and Defendant YOUNG'S MARKET COMPANY, LLC ("Defendant"), through their counsel, have submitted a Stipulation to amend the Stipulation of Class Action Settlement ("Settlement Agreement") (altogether, the "Stipulation").

GOOD CAUSE APPEARING because the Stipulation does not alter any class member's share of the settlement funds, the Stipulation is approved and the Court hereby Orders as follows:

All funds remaining in the Settlement Fund, including any funds resulting from un-cashed settlement checks, which were otherwise to be paid to Mothers Against Drunk Driving pursuant to section 23.g. of the Settlement Agreement shall instead revert to Defendant to cover any individual settlement agreements reached by Defendant, on the one hand, and any Additional Driver, on the other hand. (An "Additional Driver" is someone who worked for Defendant in California, was not sent the Notice [as defined in section 35 of the Settlement Agreement], and contacted Counsel for Plaintiffs believing that he or she was entitled to participate in the settlement between Plaintiffs and Defendant.) These Additional Drivers will be paid a settlement amount based on the same rate per shift as was paid pursuant to the Settlement Agreement—*i.e.*, the gross amount of $3.97 per shift.

**IT IS SO ORDERED.**

Dated: February 18, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE